MARY KATE SULLIVAN (State Bar No. 180203)
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JANET RUTH JENDERJACK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE, LLC; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01508-JAM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION**<br><br>Action Filed:　　May 16, 2013 |

　　　The Court, having duly considered the Joint Stipulation and Request to Stay Litigation of defendant Nationstar Mortgage, LLC ("Nationstar") and plaintiff Janet Ruth Jenderjack ("Plaintiff") (collectively referred to as the "Parties"), and good cause appearing, hereby orders as follows:

1. Litigation in this case shall be stayed until September 30, 2013, so that the Parties can attempt to resolve this case informally;

2. If by September 30, 2013, the Parties are close to reaching a resolution of this matter, they will attempt to agree to further stay this case;

3. If by September 30, 2013, the Parties have not reached an agreement that will lead to resolution of this case, and are not close enough to such resolution that a further stay of

11951.0207/2797393.1　　　　　　　　　　1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION

      the case would be productive, Nationstar will file a response to the complaint no later than October 14, 2013.

4. Any of the Parties may request a termination of the stay upon written notice of such termination if the loan modification review is no longer productive.  Specifically, a termination may be requested if Plaintiff has been denied for a loan modification and has exhausted all appeal rights or if Plaintiff has not submitted a complete loan modification application within the reasonable timeframes specified by Nationstar. Nationstar will file a response to the complaint no later than fourteen-days following their receipt of such written notification.

5. Nationstar will not cause to be recorded a Notice of Trustee's Sale if Plaintiff has submitted a complete loan modification application, or, if Plaintiff has submitted a complete loan modification application and Nationstar has denied said application and has given Plaintiff an explanation in writing with specificity as to why said loan modification was denied and Plaintiff has exhausted or waived all appeal rights as is specified in the California Civil Code.

IT IS SO ORDERED.

DATED:  8/1/2013

                            /s/ John A. Mendez

                            U. S. DISTRICT COURT JUDGE